No. 650. DEPAUW UNIVERSITY *v.* BRUNK, TREASURER OF MISSOURI, ET AL. Jurisdictional statement submitted March 14, 1932. Decided March 21, 1932. *Per Curiam:* The Court being of opinion that there is no jurisdiction in equity, the order

of the District Court dismissing the bill of complaint in this cause is affirmed. *First National Bank of Greely* v. *Board of County Commissioners,* 264 U. S.. 450; *Gorham Mfg. Co.* v. *State Tax Commission,* 266 U. S. 265, 269, 270; *Henrietta Mills* v. *Rutherford County,* 281 U. S. 121. *Mr. Justin D. Bowersock* for appellant. *Messrs. John T. Barker* and *George W. Meyer* for appellees.